UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                                  Bk No.: <u>19-18085-AJC</u>

ARLEY HOME,                                                                  Chapter 7

<u>                Debtor                </u>     /

**MOTION TO APPROVE FORBEARANCE AGREEMENT**

Comes now, Caliber Home Loans, Inc., by and through Counsel undersigned and files this Motion to Approve Forbearance Agreement and in support thereof would state as follows:

1. The Debtor has been offered a forbearance plan per the terms of the offer attached as an exhibit hereto.

2. On April 14, 2020 the Debtor requested and was approved for a forbearance plan agreement. Beginning on April 1, 2020 through June 1, 2020 the mortgage monthly payments have been suspended for three (3) months. All suspended payments will be due on July 1, 2020.

3. On July 1, 2020, all suspended mortgage payments can be sent to:

CALIBER HOME LOANS, INC.
P.O. Box 24330
Oklahoma City, OK 73124-0330

**WHEREFORE,** Creditor requests Motion to Approve Forbearance Agreement be granted and for such other and further relief as this Court deems proper.

**I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

April 27, 2020

<u>/s/ Stefan Beuge, Esquire</u>
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street

PH # 103195                                                1

Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLSD.bankruptcy@phelanhallinan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

ARLEY HOME
550 W 78TH STREET
HIALEAH, FL 33014-4222

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

JOEL L TABAS, (TRUSTEE)
25 SE 2ND AVENUE
SUITE 248
MIAMI, FL 33131

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

| | |
|---|---|
| Date:   April 27, 2020 | /s/ Stefan Beuge, Esquire<br>Stefan Beuge, Esq., Florida Bar No. 68234<br>Phelan Hallinan Diamond & Jones, PLLC<br>2001 NW 64th Street<br>Suite 100<br>Ft. Lauderdale, FL 33309<br>Tel: 954-462-7000 Ext. 56588<br>Fax: 954-462-7001<br>Email: stefan.beuge@phelanhallinan.com<br>FLSD.bankruptcy@phelanhallinan.com |



FOR RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

ARLEY HOME
C/O ROBERT SANCHEZ, ESQ
355 W 49TH ST
HIALEAH FL 33012-3715

April 14, 2020

Caliber Account Number:
Property Address:     550 W 78TH ST
                      HIALEAH  FL  33014-4222

Dear ARLEY HOME,

Thank you for contacting Caliber Home Loans, Inc. ("Caliber") about your mortgage. Based on your stated COVID-19 hardship and request for assistance, you have been approved for a Forbearance Plan ("**Forbearance Plan**").

### What is a Forbearance?

A Forbearance is a temporary suspension of your mortgage payments intended to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage. The term of this **Forbearance Plan**, and any additional **Forbearance Plan(s)** or extensions, is called the **Forbearance Period**. Borrowers with a loan subject to the CARES Act may obtain a **Forbearance Period** of up to 180 days upon request, with an extension of up to an additional 180 days if needed.

**Important:  The terms of this Forbearance Plan, and any additional Forbearance Plan(s), do not include forgiveness of any amounts.** **The total amount of payments suspended during the Forbearance Period will become due and payable at the end of the Forbearance Period, and you will be required to either repay the suspended payments in full or make other arrangements for how you will repay the suspended payments, such as qualifying for a loan modification or another assistance option, otherwise known as Loss Mitigation.**

### What should you do before the end of your Forbearance Plan?

If your financial hardship continues at the end of this **Forbearance Plan** and you are unable to resume your normal monthly payments, contact Caliber for assistance. Caliber may be able to provide you, at your request, additional **Forbearance Plan(s)** in three-month increments, up to a total of twelve months from the starting date of this **Forbearance Plan**, or help you with other assistance options.

**Please note:** This **Forbearance Plan** was offered to you and on the basis of our evaluation of an incomplete Loss Mitigation application. If you cannot pay the amounts due at the end of the **Forbearance Period** and require additional Loss Mitigation assistance, such as a loan modification, it is possible in some cases that interest rates will increase and the term of your loan may be extended. Note that changes in circumstances may impact your eligibility for a modification or other assistance options. The investor on your loan may require documentation if you seek additional assistance. Please work with us on your next steps to ensure you are aware of any documentation requirements that may be necessary to complete your Loss Mitigation application and be considered for other available Loss Mitigation options.

### Forbearance Plan Terms

> 1. **Temporary Suspension of Payments** - This Forbearance Plan will suspend your monthly mortgage payment(s) for 3 month(s), beginning with the April 01, 2020 payment, and going through the June 01, 2020 payment. During this time, you are not required to make any mortgage payments. All suspended payments will be due on July 01, 2020.



FOR RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

*continued from previous page*

By entering into this Forbearance Plan, Caliber will cancel any automatic clearing house, or ACH, that you have set up for your mortgage account. You may re-establish regular ACH payments on your account at the end of the Forbearance Period and the loan is brought current.

2. **Forbearance Period / Past Due Amounts** - The terms of this Forbearance Plan do not include forgiveness of any amounts. The total amount of payments suspended by this and any subsequent Forbearance Plan(s) are immediately due and payable at the end of the Forbearance Period. Any outstanding delinquent amounts on your account that existed prior to the Forbearance Period will remain due. You must make arrangements on how you will be able to repay the suspended payments and other delinquent amounts by the end of the Forbearance Period such as qualifying for a loan modification or another Loss Mitigation option.

3. **Taxes and Insurance** - If Caliber pays your taxes and/or insurance through an escrow account, the escrow portion of your regular payments that would ordinarily become due during the Forbearance Period will continue to become due.

If you choose not to make escrow payments during the Forbearance Period, Caliber will adjust any escrow shortage at the time of your next annual escrow analysis. Your loan will not become contractually delinquent solely due to your election not to pay the escrow portion of your regular payments during the Forbearance Period.

4. **Credit Reporting** - As a result of not making any payments during the Forbearance Period, you will become delinquent on your mortgage and your credit score may be impacted. For customers who were current on their payments before entering this Forbearance Plan, Caliber will report you as "Current" to the credit reporting agencies during the Forbearance Period. For customers who were delinquent on their payments before entering this Forbearance Plan, Caliber will not be reporting the delinquency status or the entry into a Forbearance Plan to credit reporting agencies during the term of the Forbearance Period. CREDIT SCORING COMPANIES MAY CONSIDER WHETHER THERE IS AN INCREASED CREDIT RISK DUE TO THE LACK OF REPORTING. CALIBER IS UNCERTAIN AS TO THE IMPACT ON YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURENT ON YOUR MORTGAGE. FAILURE TO REINSTATE YOUR ACCOUNT UPON COMPLETION OF THE FORBEARANCE PLAN MAY RESULT IN ADVERSE CREDIT REPORTING.

5. **Delinquency Notices** - During the Forbearance Period, you may receive delinquency notices required under the terms of your loan and applicable law, and Loss Mitigation assistance correspondence and applications. These notices will not affect the terms of your Forbearance Plan(s).

6. **Foreclosure** - We will not refer your loan to foreclosure or proceed to foreclosure sale during the Forbearance Period. Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Forbearance Plan.

7. **Forbearance Plan Offer** - This Forbearance Plan offer is contingent on you having provided accurate and complete information. We reserve the right to revoke this offer or terminate the plan following your acceptance if we learn of information that would make you ineligible for the Forbearance Plan.

Please be aware that your ability to make payments online at www.caliberhomeloans.com and through the mobile app may be limited during the Forbearance Period.

9. **Loan Documents** - Your current loan documents remain in effect. You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms. Nothing in the Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

We need to remain in contact during the Forbearance Period and we will make periodic calls to you as permitted by law or required by the investor of your loan. It is also important for you to be in contact with us during the plan so we may understand how we can assist you with resolving the unpaid amounts due on the loan during the Forbearance Period. If your financial situation changes during the term of your Forbearance Plan(s), please contact us immediately to reassess your situation and discuss potential alternatives.



FOR RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

*continued from previous page*

If you have any questions about this request, please contact our dedicated team of professionals that are ready to assist you with any questions or concerns you may have about this request. We can be reached at (800) 401-6587, Monday - Thursday, between the hours of 8:00 a.m. and 8:00 p.m., and Friday between the hours of 8:00 a.m. and 7:00 p.m. Central Time. We look forward to assisting you.

Sincerely,

*Dana Huddleston*

Dana Huddleston, Vice President
Single Point of Contact


**Notices of Error, Credit Disputes, Requests for Information, or Qualified Written Requests must be sent to: P.O. Box 270415, Oklahoma City, OK 73137. Please include your specific concern or question and account number.**

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:  If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**